[No. 16151-6-II.   Division Two.   April 6, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. TRACY WILLIAM SEHMEL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 91-1-04518-8, Thomas Felnagle, J., entered May 27, 1992. *Affirmed* by unpublished opinion per Houghton, A.C.J., concurred in by Seinfeld, C.J., and Petrich, J. Pro Tem.

[No. 17021-3-II.   Division Two.   April 6, 1995.]

DOUGLAS WELCH, ET AL, *Appellants*, v. THE WASHINGTON STATE PATROL, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 89-2-02823-6, Wm. Thomas McPhee, J., entered March 16, 1993. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Houghton, A.C.J., and Bridgewater, J.

[No. 13705-8-III.   Division Three.   April 6, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. GARY LYNN SAM, *Appellant*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 93-1-00054-3, John G. Burchard, Jr., J., entered August 26, 1993. *Reversed* and *dismissed* by unpublished opinion per Schultheis, J., concurred in by Thompson, C.J., and Munson, J.